**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 63 MAL 2020
                                      :
               Respondent :
                                        : Petition for Allowance of Appeal
                                        : from the Order of the Superior Court
               v. :
                                          :
                                          :
CODY WILLIAM GREEN, :
                                          :
              Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.